1  LAWRENCE G. BROWN
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    2:09-cv-03085-FCD-GGH
                                    )
12          Plaintiff,              )    APPLICATION AND ORDER
                                    )    FOR PUBLICATION
13      v.                          )
                                    )
14 REAL PROPERTY LOCATED AT 24271   )
   HOYT CROSSING ROAD, NEVADA COUNTY, )
15 CALIFORNIA, APN: 60-360-15,      )
   INCLUDING ALL APPURTENANCES AND  )
16 IMPROVEMENTS THERETO,            )
                                    )
17          Defendant.              )
   _____)

18

19      The United States of America, Plaintiff herein, applies for

20 an order of publication as follows:

21      1.  Rule G(4) of the Supplemental Rules for Admiralty or

22 Maritime Claims and Asset Forfeiture Actions (hereafter

23 "Supplemental Rules") provides that the Plaintiff shall cause

24 public notice of the action to be given in a newspaper of general

25 circulation or on the official internet government forfeiture

26 site;

27      2.  Local Rule 83-171, Eastern District of California,

28 provides that the Court shall designate by order the appropriate

                        1        Application and Order for Publication

1  newspaper or other vehicle for publication;

2      3.   The defendant real property is located in Nevada County,

3  California;

4      4.   Plaintiff proposes that publication be made as follows:

5           a.   One publication;

6           b.   Thirty (30) consecutive days;

7           c.   On the official internet government forfeiture

8  site www.forfeiture.gov;

9           d.   The publication is to include the following:

10               (1)   The Court and case number of the action;

11               (2)   The date of the seizure/posting;

12               (3)   The identity and/or description of the

13  property seized/posted;

14               (4)   The name and address of the attorney for the

15  Plaintiff;

16               (5)   A statement that claims of persons entitled

17  to possession or claiming an interest pursuant to Supplemental

18  Rule G(5) must be filed with the Court and served on the attorney

19  for the Plaintiff no later than 60 days after the first day of

20  publication on the official internet government forfeiture site;

21  and

22               (6)   A statement that answers to the Complaint or

23  a motion under Rule 12 of the Federal Rules of Civil Procedure

24  ("Fed. R. Civ. P.") must be filed and served within 20 days after

25  ///

26  ///

27  ///

28  ///

Application and Order for Publication

1 the filing of the claims and, in the absence thereof, default may

2 be entered and condemnation ordered.

3 Dated:_Nov. 4, 2009_____          LAWRENCE G. BROWN
                                      United States Attorney
4

5
                                       /s/ Kristin S. Door
6                                     KRISTIN S. DOOR
                                      Assistant United States Attorney
7

8

9                                     **ORDER**

10      IT IS SO ORDERED.

11 Dated:November 12, 2009

12                                       /s/ Gregory G. Hollows

13                                    UNITED STATES MAGISTRATE JUDGE

14
09cv3085.ord
15

16

17

18

19

20

21

22

23

24

25

26

27

28