BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-03085-LKK-EFB |
| Plaintiff | |
| v. | |
| REAL PROPERTY LOCATED AT 24271 HOYT CROSSING ROAD, NEVADA COUNTY, CALIFORNIA, APN: 61-360-15, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | FINAL JUDGMENT OF FORFEITURE |
| Defendant. | |

Pursuant to the Stipulations for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil forfeiture action against the following real property located at 24271 Hoyt Crossing Road, Nevada County, California, APN: 60-360-15, (hereafter referred to as the "defendant property") and more fully described as:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA OF THE COUNTY OF NEVADA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

The Northeast quarter of the Northeast quarter (NE 1/4 of NE 1/4) and the North one-half of the Southeast quarter of the Northeast quarter (N 1/2 of SE 1/4 of NE 1/4) of Section Twenty (20), Township Seventeen (17) North, Range Eight (8) East, Mount Diablo Base and Meridian.

APN: 61-360-15

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 5, 2009, alleging that said defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A), 21 U.S.C. § 881(a)(6) and 31 U.S.C. § 5317(c)(2) .

3.  On November 13, 2009, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4.  Beginning on January 23, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on February 22, 2010.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

   a.  Charles M. Hilkey, Jr.

   b.  Delmy R. Bringuez

   c.  Joseph Titland

   d.  JP Morgan Chase Bank

6.  Claimant Joseph Titland filed a claim and answer alleging an interest in the defendant real property on December 1, 2009.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

7.  The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Delmy R. Bringuez and Bram Lewis on January 27, 2010.  Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Delmy R. Bringuez and Bram Lewis without further notice.

///

///

2

Final Judgment of Forfeiture

Based on the above findings, and the files and records of the Court, it is hereby
ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulations for Final Judgment of Forfeiture
entered into by and between the parties to this action.

2.      That judgment is hereby entered against claimant Charles M. Hilkey, Jr.
and all other potential claimants who have not filed claims in this action.

3.      All right, title and interest of in the defendant real property shall be
forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A), 31 U.S.C. §
5317(c)(2) and 21 U.S.C. § 881(a)(6).

4.      Claimant Joseph Titland has a valid pre-existing mortgage lien on the
defendant real property described in the Stipulation, which is not contested by the
United States.

5.      Any violation of 18 U.S.C. § 981(a)(1)(A), 31 U.S.C. § 5317(c)(2)  and/or 21
U.S.C. § 881(a)(6) involving the defendant real property located at 24271 Hoyt Crossing
Road, Nevada County, California, APN: 60-360-15, occurred without Claimant Joseph
Titland's knowledge and consent.

6.      The United States of America shall have clear title to the real property
located at 24271 Hoyt Crossing Road, Nevada County, California, APN: 60-360-15,
subject to the secured interest of Claimant Joseph Titland.

7.      The United States, by and through this Final Judgment of Forfeiture,
conveys its clear title in the real property located at 24271 Hoyt Crossing Road,
Nevada County, California, APN: 60-360-15 to Claimant Joseph Titland, subject to the
payment of $10,000.00 from Claimant Joseph Titland within 60 days of Final
Judgment of Forfeiture.

8.      The payment described in paragraph ten above shall be in full settlement
and satisfaction of any and all claims to the defendant real property by Claimant
Joseph Titland.

9.      The United States and its servants, agents, and employees and all

Final Judgment of Forfeiture

other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint, as well as to those now known or disclosed.  Claimant waived the provisions of California Civil Code § 1542.

10.     Pursuant to the stipulations of the parties, and the allegations set forth in the Complaint filed November 5, 2009, the Court finds that there was reasonable cause for the posting of the defendant real property and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

11.     All parties will bear their own costs and attorneys' fees, if any.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

4

12.     The U.S. District Court for the Eastern District of California, Hon. Lawrence K. Karlton, District Judge, shall retain jurisdiction to enforce the terms of the Amended Final Judgment of Forfeiture.

SO ORDERED THIS 19th day of December, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed November 5, 2009, and the Stipulations for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED:  December 19, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

5